**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R.BARD, INC.,**<br>**POLYPROPYLENE HERNIA MESH**<br>**PRODUCTS LIABILITY LITIGATION** | **Case No.: 2:18-md-2846** |
| | **CHIEF JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Kimberly A. Jolson** |
| **This document relates to:**<br>**WILLIAM B. DAVIDSON** | **Civil Action No. _____** |

### SHORT FORM COMPLAINT

Plaintiff files this Short Form Company pursuant to Case Management Order No. 9 and is to be bound by the rights, protections, privileges, and obligations of that Order.

Plaintiff hereby incorporates the Master Complaint in MDL No. 2846 by reference.

Plaintiff further shows the Court as follows:

1. The name of the person implanted with the Defendants' Hernia Mesh Device(s):

   William B. Davidson

2. The name of any Consortium Plaintiff (if applicable):

   _____

3. Other Plaintiff(s) and Capacity (i.e. administrator, executor, guardian, conservator):

   _____

4. State of Residence

   Indiana

5. District Court and Division in which action would have been filed absent direct filing:

   United States District Court, Southern District of Indiana (Indianapolis Division)

6.  Defendants (Check Defendants against whom Complaint is made):

    [✓]    A.  Davol, Inc.

    [✓]    B.  C.R. Bard, Inc.

    [ ]    C.  Other (please list: _____)

7.  Identify which of Defendants' Hernia Mesh Device(s) were implanted (Check device(s) implanted:

    [✓]    3DMax Mesh

    [ ]    3DMax Light Mesh

    [ ]    Bard (Marlex) Mesh Dart

    [ ]    Bard Mesh

    [ ]    Bard *Soft* Mesh

    [ ]    Composix

    [ ]    Composix E/X

    [ ]    Composix Kugel Hernia Patch

    [ ]    Composix L/P

    [ ]    Kugel Hernia Patch

    [ ]    Marlex

    [ ]    Modified Kugel Hernia Patch

    [ ]    Perfix Light Plug

    [ ]    PerFix Plug

    [ ]    Seprameash IP

    [ ]    Sperma-Tex

    [ ]    Ventralex Hernia Patch

    [ ]    Ventralex ST patch

[  ]   Ventralight ST

[  ]   Ventrio Patch

[  ]   Ventrio ST

[  ]   Visilex

[  ]   Other (please list in space provided below):

_____

_____

8.  Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable device(s)):

[✓]   3DMax Mesh

[  ]   3DMax Light Mesh

[  ]   Bard (Marlex) Mesh Dart

[  ]   Bard Mesh

[  ]   Bard *Soft* Mesh

[  ]   Composix

[  ]   Composix E/X

[  ]   Composix Kugel Hernia Patch

[  ]   Composix L/P

[  ]   Kugel Hernia Patch

[  ]   Marlex

[  ]   Modified Kugel Hernia Patch

[  ]   Perfix Light Plug

[  ]   PerFix Plug

[  ]     Seprameash IP

[  ]     Sperma-Tex

[  ]     Ventralex Hernia Patch

[  ]     Ventralex ST patch
[  ]     Ventralight ST

[  ]     Ventrio Patch

[  ]     Ventrio ST

[  ]     Visilex

[  ]     Other (please list in space provided below):

_____

_____

9.  Date of Implantation and state of implantation:  <u>02/24/2020, Indiana</u>

10. As of the date of filing this Short Form Complaint, has the person implanted with
    Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the
    Hernia Mesh Device(s)?:      Yes __✓__ No _____

11. Basis of Jurisdiction:

    [✓]     Diversity of Citizenship

    [  ]     Other: _____

12. Counts in the Master Complaint adopted by Plaintiff(s):

    [✓]     Count I:        Strict Product Liability-Defective Design

    [✓]     Count II:       Strict Product Liability-Failure to Warn

    [✓]     Count III:      Strict Product Liability-Manufacturing Defect

    [✓]     Count IV:       Negligence

[✓] Count V: Negligence Per Se

[✓] Count VI: Gross Negligence

[ ] Count VII: State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)):

_____

_____

_____

[✓] Count VIII: Breach of Implied Warranty

[ ] Count IX: Breach of Express Warranty

[✓] Count X: Negligent Infliction of Emotional Distress

[ ] Count XI: Intentional Infliction of Emotional Distress

[✓] Count XII: Negligent Misrepresentation

[ ] Count XIII: Fraud and Fraudulent Misrepresentation

[✓] Count XIV: Fraudulent Concealment

[ ] Count XV: Wrongful Death

[ ] Count XVI: Loss of Consortium

[ ] Count XVII: Punitive Damages

[✓} Other Count(s)(Please identify and state factual and legal bases for other claims not included in the Master Complaint below):

Indiana Code §34-20-1-1 et seq. (Indiana Product Liability Act) to wit:_____
(1) Defendants manufactured and were in the business of selling the mesh implanted in plaintiff on 02/24/2020; (2) Defendants sold or otherwise placed the mesh implanted in plaintiff on 02/24/2020 into the stream of commerce; (3) the mesh implanted in plaintiff was in a defective condition unreasonably dangerous to the use or consumer; (4) Plaintiff was a user or consumer of the mesh and was in a class of persons that the defendants should have reasonably expected to be subject to the harm caused by the defective condition of the mesh; (5) the mesh was expected to and did reach the plaintiff without substantial alteration of the condition in which the defendants sold the mesh; and
(6) the defective condition of the mesh was a reasonable cause of physical harm and mental anguish to the plaintiff._____

[✓]    Jury Trial is demanded as to All Counts

[  ]    Jury Trial is NOT demanded as to all Counts: if Jury Trial is Demanded as to Any Count(s), identify which ones (list below):

_____

_____

/s/ Michael J. Sobieray_____

Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

STEWART & STEWART
Michael J. Sobieray, Esq.
931 S. Rangeline Road
Carmel, IN 46032
  Tel:  (317) 846-8999
  Email:  mike@getstewart.com
  Indiana Bar ID No.: 188894-41

STEWART & STEWART
Darron S. Stewart, Esq.
931 S. Rangeline Road
Carmel, IN 46032
  Tel:  (317) 846-8999
  Email: darron@getstewart.com
  Ibdiana Bar ID No.: 21114-29